UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SANSALVADOR BLOOMFIELD,

          Plaintiffs,

-against-

TOWN OF HEMPSTEAD, et al.,

          Defendants.
-------------------------------------------------------X

MEMORANDUM AND ORDER

CV 05-5100

(Wexler, J.)

APPEARANCES:

    LEEDS MORELLI & BROWN
    BY: THOMAS RICOTTA, ESQ.
    One Old Country Road Suite 347
    Carle Place, New York 11514
    Attorneys for Plaintiff

    SUSAN P. JACOBS, ESQ.
    Office of the Town Attorney - Town of Hempstead
    One Washington Street
    Hempstead, NY 11550
    Attorneys for Defendant Town of Hempstead

    RYAN, BRENNAN & DONNELLY LLP
    BY: JOHN M. DONNELLY, ESQ.
    131 Tulip Avenue
    Floral Park, NY 11001
    Attorney for Defendant Thomas Dauscher

WEXLER, District Judge

    At a conference held before the court, counsel for all parties indicated that agreement has been reached to settle this matter in the amount of $2500. Plaintiff's counsel indicated that he has not been able to contact his client to arrange for the signing of settlement documents and

1

payment of the settlement amount. Counsel has also indicated that because he has not been able to communicate with his client he is seeking leave to be relieved as counsel in this matter.

In light of the representations made before the court, the court issues the following order:

- Plaintiff is ordered to appear before this court at a conference to be held on May 14, 2007 at 10:30 A.M.

- At the May 14, 2007 conference, Plaintiff shall inform the court as to the status of this case. In the event that the case has not been settled, Plaintiff's deposition will be taken at the courthouse on May 14, 2007, so that the parties may prepare for trial.

- At the May 14, 2007 conference the court will hear Plaintiffs' counsel request to be relieved as counsel.

- In the event that Plaintiff does not appear for the May 14, 2007 conference, the court will issue an order enforcing the terms of the settlement of this matter, based upon the representations of counsel.

SO ORDERED.

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
April 12, 2007